*de Guzmán Benítez* for appellant. *Mr. Méndez Vaz* for respondent.

No. 90. CALDERÓN *v.* DELGADO.—Appeal from the District Court of San Juan. Decided October 22, 1906. Appeal dismissed for failure to comply with section 299 of the Code' of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Benítez Castaño* for appellant. *Messrs. Acuña & Méndez* for respondents.

No. 93. VILÁ *v.* THE MUNICIPAL COUNCIL OF RÍO PIEDRAS.—Appeal from the District Court of San Juan. Decided October 29, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Hernández López* for appellant. *Mr. Díaz Navarro* for respondent.

No. 89. RODRÍGUEZ HERMANOS Y BELTRÁN *v.* BORGES.—Appeal from the District Court of Humacao. Decided November 19, 1906. Appeal dismissed for .failure to comply with sections 50 and 54 of the Rules. *Mr. Benítez Castaño* for appellant. *Messrs. Acuña & Méndez* for respondent.

No. 72. VALENTÍN *v.* AMERICAN RAILROAD CO. OF PORTO RICO.—Appeal from the District Court of Aguadilla. Decided November 24, 1906. Appeal dismissed because the order from which the appeal was taken was not an appealable order. *Mr. Reichar* for appellant.

No. 88. THE PEOPLE EX REL. MATIENZO *v.* LEÓN PARRA.—Appeal from the District Court of Ponce. Decided December 20, 1906. Disimssed on motion of appellant. *Mr. José Tous Soto* for appellant.